■ In the Matter of WILLIAM B. ROSBROOK, an Attorney, Resignor. [57 NYS3d 916]—Order entered accepting resignation of William B. Rosbrook and striking his name from roll of attorneys, pursuant to section 1240.10 (c) of the Rules for Attorney Disciplinary Matters (22 NYCRR). Present—Centra, J.P., Peradotto, Lindley, Curran and Scudder, JJ. (Filed Aug. 16, 2017.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE E. JOHNSON, Appellant. [58 NYS3d 872]—Motion for writ of error coram nobis denied. Present—Whalen, P.J., Smith, Lindley, NeMoyer and Scudder, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY N. OTT, Appellant. [57 NYS3d 921]—Motion for writ of error coram nobis granted. Memorandum: Defendant contends that he was denied effective assistance of appellate counsel because counsel failed to raise an issue on direct appeal, specifically, whether the court erred when it failed to comply with CPL 310.30 in its handling of jury notes. Upon our review of the motion papers, we conclude that the issue may have merit. The order of April 29, 2011 is vacated and this Court will consider the appeal de novo (*see People v LeFrois*, 151 AD2d 1046 [1989]). Defendant is directed to file and serve his records and briefs with this Court on or before December 28, 2017. Present—Smith, J.P., Peradotto, Carni and DeJoseph, JJ.